564 A.2d 468

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Ralph BYERS, Appellant.**

Supreme Court of Pennsylvania.

Argued April 14, 1989.

Decided Oct. 16, 1989.

Murray B. Dolfman, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Donna Zucker, Asst. Dist. Atty., Jeffrey Hellman, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

514

ORDER

PER CURIAM.

The order of the Superior Court is affirmed.